IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ANDREA HALE,

    Plaintiff,

v.                               CIVIL ACTION NO. 1:17-03856

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**<u>MEMORANDUM OPINION AND ORDER</u>**

    By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Instead of filing a brief in support of the Commissioner's decision, defendant filed a motion to remand this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as outlined in defendant's motion to remand. Plaintiff consents to remand.

    Given that defendant's motion to remand is uncontested, the court hereby **VACATES** the referral to Magistrate Judge Aboulhosn and orders as follows:

    1.     Defendant's Motion to Remand is **GRANTED**;

    2.     The final decision of the Commissioner is **REVERSED**;

    3.     The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for

further proceedings as outlined in the motion to remand; and

4. This Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and to Magistrate Judge Aboulhosn.

**IT IS SO ORDERED** this 11th of January, 2018.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge